# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COALITION FOR FAMILIES AND CHILDREN, LEXEVIA, PC, COLBERN C. STUART, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>SAN DIEGO COUNTY BAR ASSOCIATION, et al., <br><br>　　　　Defendants. | CASE NO. 13-cv-1944-CAB (BLM) <br><br> ORDER <br><br> [Doc. Nos. 4, 6] |

This matter is before the court on plaintiff Colbern C. Stuart's *ex parte* petition for permission to file documents electronically in this action. [Doc. No. 6.] The court **GRANTS** this motion and instructs plaintiff to contact the Clerk of Court, (619)-557-5600, for further instructions.

Also before court is plaintiff's "*ex parte* application for leave to file and/or supplement motion for harassment restraining order." [Doc. No. 4.] Plaintiff filed this application after receiving a letter from Kristine Nesthus, Esq., counsel for the Superior Court of California, County of San Diego, informing plaintiff that he had improperly included the addresses of California judges in his complaint. The court has since ordered that plaintiff's complaint be sealed. [Doc. Nos. 5, 9.] Thus, plaintiff's *ex parte*

application [Doc. No. 4] is **DENIED AS MOOT**.  If plaintiff desires to amend his complaint, he should consult the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: September 16, 2013

**CATHY ANN BENCIVENGO**
United States District Judge