JAMES B. GILPIN, Bar No. 151466
James.Gilpin@bbklaw.com
MATTHEW L. GREEN, Bar No. 227904
Matthew.Green@bbklaw.com
BEST BEST & KRIEGER LLP
655 W. Broadway, 15th Floor
San Diego, CA 92101
Telephone: (619) 525-1300
Facsimile: (619) 233-6118

Attorneys for Defendants
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO (erroneously sued as SUPERIOR COURT OF SAN DIEGO COUNTY); HON. ROBERT J. TRENTACOSTA, Presiding Judge of the Superior Court (erroneously sued as Robert J. Trentacosta); MICHAEL M. RODDY, Executive Officer of the Superior Court; HON. LISA SCHALL, Judge of the Superior Court; HON. LORNA A. ALKSNE, Judge of the Superior Court; HON. CHRISTINE K. GOLDSMITH, Judge of the Superior Court; HON. JEANNIE LOWE, Commissioner of the Superior Court (Ret.); HON. WILLIAM H. McADAM, JR., Judge of the Superior Court; HON. EDLENE C. McKENZIE, Commissioner of the Superior Court; and HON. JOEL R. WOHLFEIL, Judge of the Superior Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COALITION FOR FAMILIES AND CHILDREN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY BAR ASSOCIATION, et al., <br><br> Defendants. | Case No. 13-cv-1944-CAB (BLM) <br> Judge: Hon. Cathy Ann Bencivengo <br><br> DECLARATION OF KRISTINE P. NESTHUS IN SUPPORT OF MOTION TO DISMISS COMPLAINT <br><br> Date: November 22, 2013 <br> Time: 3:30 p.m. <br> Courtroom: 4C <br><br> **[NO ORAL ARGUMENT UNLESS REQUESTED BY COURT]** <br><br> Complaint Filed: August 20, 2013 |

I, Kristine P. Nesthus, declare as follows:

1. I have personal knowledge of the following facts and if called to testify, I would and could testify competently thereto.

2. I am an attorney at law duly licensed to practice before all courts in the State of California and have been so since 1985. I am the Director of Legal Services and Court Counsel for the Superior Court of California, County of San Diego.

3. On August 23, 2013, I learned of the filing of the above-referenced action, that the Complaint contained confidential information in violation of Section 1(h)(5) of the Court's General Order 550, including, but not limited to, the residential addresses of four judicial officers, and that the Complaint was available for public viewing on PACER and multiple websites on the internet. That same day, I attempted to contact by telephone the individuals listed on the title page of the Complaint, Colbern C. Stuart and Dean Browning Webb, to demand that the confidential information immediately be removed from the various websites and that steps immediately be taken to remove the information from PACER. When I was unable to reach either Mr. Stuart or Mr. Webb by telephone, I faxed and e-mailed both Mr. Stuart and Mr. Webb letters under California Government Code section 6254.21, seeking immediate removal of the address information from the internet.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4. On August 26, 2013, I received a voice mail message from Mr. Webb. In his message, Mr. Webb informed me that Mr. Stuart used his name on the Complaint without his permission. Mr. Webb confirmed this information to me in subsequent telephone conversations and indicated that he intended to call the federal Clerk of Court's office to advise that office that he had not agreed to represent plaintiffs in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 27th day of September, 2013 at San Diego, California.

*/s/ Kristine P. Nesthus*
KRISTINE P. NESTHUS

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the court's CM-ECF system per Federal Rule of Civil Procedure 5(b)(2)(E). Any other counsel of record will be served by facsimile transmission and/or first class mail this 30th day of September 2013.

/s/ Matthew L. Green