Colbern C. Stuart III
Email: Cole.Stuart@Lexevia.com
4891 Pacific Highway Ste. 102
San Diego, CA  92110
Telephone:   858-504-0171
Facsimile:    619-231-9143
In Pro Se

Dean Browning Webb (pro hac vice pending)
Email: ricoman1968@aol.com
Law Offices of Dean Browning Webb
515 E 39th St.
Vancouver, WA 98663-2240
Telephone:  503-629-2176

Attorney for Plaintiffs California Coalition for Families and Children, Inc. and Lexevia, PC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COALITION FOR FAMILIES AND CHILDREN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY BAR ASSOCIATION, et al., <br><br> Defendants | Case No. 13-cv-1944-CAB (BLM) <br> Judge: Hon. Cathy Ann Bencivengo <br><br> NOTICE OF MOTION TO STRIKE MATTER SUBMITTED IN SUPPORT OF DEFENDNATS' MOTION TO DISMISS <br><br> Date: December 19, 2013 <br> Time: 3:30 p.m. <br> Courtroom:4C <br><br> ORAL ARGUMENT REQUESTED SUBJECT TO COURT APPROVAL <br><br> Complaint Filed: August 20, 2013 |

TO DEFENDANTS the San Diego County Superior Court, Robert J. Trentacosta, Michael M. Roddy, Lisa Schall, Lorna A. Alksne, Christine K. Goldsmith, Jeannie Lowe, William H. McAdam, Jr., Edlene C. McKenzie, and Joel R. Wohlfeil ("DEFENDANTS"):

PLEASE TAKE NOTICE that on December 19, 2013, at 3:30 p.m., or as soon thereafter as the matter may be heard in the above-entitled Court, located at 221 West Broadway, San Diego, California, Plaintiff COLBERN C. STUART will move the Court pursuant to Federal Rule of Civil Procedure 12(f) to strike pleadings and matter submitted in support of DEFENDANTS' Motion to Dismiss Compliant as follows:

1. The Request for Judicial Notice and all Exhibits thereto;
2. The Declaration of Kristine P. Nesthus; and
3. Sections of the Motion to Dismiss Complaint:
    - § IV.C (11th Amendment Immunity Affirmative Defenses);
    - § IV.D (Judicial Immunity Affirmative Defenses);
    - § IV.E (Quasi-Judicial Immunity Affirmative Defenses);
    - § IV.B ("Bucket of Mud" Attack);
    - § IV.A.1 (Corporate Plaintiffs' Capacity); and
    - § IV.F.1 (Immaterial and Impertinent Arguments Under Rules 12(c), (e), (f), Rule 9(b)) (II.D.2, 3 supra).

This Motion will be made on the grounds that such matter constitutes an insufficient defense, is immaterial, impertinent, or scandalous matter.

This Motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support hereof, the Opposition to Defendants' Motion to Dismiss Complaint, the Declaration of Colbern C. Stuart

in Support of Motion to Strike/Opposition to Motion to Dismiss Complaint, and all pleadings and papers on file with this Court.

                                                    Respectfully Submitted

DATED: November 7, 2013                By: /s/ *Colbern C. Stuart, III*

                                                Colbern C. Stuart, III, President,
California Coalition for Families and Children
in Pro Se