# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COALITION FOR FAMILIES AND CHILDREN, a Delaware corporation, and COLBERN C. STUART,<br><br>              Plaintiffs,<br>    vs.<br>SAN DIEGO COUNTY BAR ASSOCIATION, et al.,<br><br>              Defendants. | CASE NO. 13-cv-1944-CAB (BLM)<br><br>ORDER |

Plaintiff Colbern C. Stuart today filed a motion for preliminary injunction. [Doc. No. 102.] Mr. Stuart failed to filed his motion within three days of obtaining a hearing date from the undersigned's law clerk, in violation of the undersigned's Civil Case Procedures. In addition, Mr. Stuart attempts to seek an injunction on his behalf and on behalf of plaintiff California Coalition for Families and Children, a corporation that the court has previously made clear must proceed through counsel. Indeed, attorneys Dean Browning Webb and Eric W. Ching are currently on record as counsel for California Coalition, but neither signed the motion for preliminary injunction. The motion is therefore rejected.

**IT IS SO ORDERED.**

DATED: February 26, 2014

_____
**CATHY ANN BENCIVENGO**
United States District Judge