# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE Cathy Ann Bencivengo
FROM: Y. Barajas , Deputy Clerk    RECEIVED DATE: Mar 5, 2014
CASE NO. 13CV1944-CAB-BLM    DOCUMENT FILED BY: Emad Tadros
CASE TITLE: California Coalition for Families and Children. et al v. San Diego County Bar Association et al
DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| LOCAL RULE | DISCREPANCY |
|---|---|
| ☐ 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Documents(s) are not timely |
| ☐ 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ 7.1 or 47.1 | Briefs or memorandum exceed length restrictions |
| ☐ 7.1 | Missing table of contents |
| ☐ 15.1 | Amended pleading not complete in itself |
| ☐ 30.1 | Depositions not accepted absent a court order |
| ☐ | Supplemental documents require court order |
| ☐ | Default judgment in sum certain includes calculated interest |
| ☒ OTHER: | Ex-parte communication to judge prohibited (Local Rule 83.9). Filer is not a party on the matter. |

Date Forwarded: Mar 5, 2014

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected document to be returned to pro se or inmate? ☒ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1.

Dated: 3-6-14    CHAMBERS OF: The Honorable Cathy Ann Bencivengo
cc: All Parties    By: LCD