1  Eric W. Ching, SBN 292357
2  5252 Balboa Arms Dr. Unit 132
   San Diego, CA 92117
3

4  Attorney for Plaintiff CALIFORNIA COALITION FOR FAMILIES AND CHILDREN

5

6

7                    **UNITED STATES DISTRICT COURT**

8              **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| CALIFORNIA COALITION FOR FAMILIES AND CHILDREN, a Delaware Public Benefit Corporation and COLBERN C. STUART, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> SAN DIEGO COUNTY BAR ASSOCIATION, a California Corporation; WILLIAM D. GORE, and individual, COUNTY OF SAN DIEGO, a municipal entity; SUPERIOR COURT OF SAN DIEGO COUNTY, a municipal entity; ROBERT J TRENTACOSTA, an individual; MICHAEL RODDY, an individual; JUDICIAL COUNCIL, a municipal entity; STEVEN JAHR, an individual, ADMINISTRATION OFFICE OF THE COURTS, a municipal entity; TANI G. CANTIL- SAKAUYE, an individual; COMMISSION ON JUDICIAL PERFORMANCE, a municipal entity; LAWRENCE J. SIMI, an individual; BRAD BATSON, an individual; NATIONAL FAMILY JUSTICE CENTER ALLIANCE, a California Corporation; LISA SCHALL, an individual; LORNA ALKSNE, an individual; OFF DUTY OFFICERS, INC., a business entity of unknown form; CHRISTINE | CASE NO.: 13-cv-1944 CAB BLM <br><br> **REQUEST TO FILE MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF CALIFORNIA COALITION FOR FAMILIES & CHILDREN UNDER SEAL** |

Page 1

REPLY TO OPPOSITION TO MOTION TO WITHDRAW AS ATTORNEY

| | |
|---|---|
| 1 | GOLDSMITH, an individual; JEANNIE            ) |
| 2 | LOWE, an individual; WILLIAM MCADAM, )<br>an individual; EDLENE MCKENZIE, an         ) |
| 3 | individual; JOEL WOHLFEIL, an individual;  )<br>MICHAEL GROCH, an individual; EMILY     ) |
| 4 | GARSON, an individual; JAN GOLDSMITH, ) |
| 5 | an individual; CITY OF SAN DIEGO, a         )<br>municipal entity; CHUBB GROUP OF         ) |
| 6 | INSURANCE COMPANIES, a corporation;  )<br>KRISTINE P. NESTHUS, an individual;          ) |
| 7 | BRIAN WATKINS, an individual; KEN         )<br>SMITH, an individual MARILOU MARCQ,  ) |
| 8 | an individual; CSB-INVESTIGATIONS, an   ) |
| 9 | entity of unknown form; CAROLE              )<br>BALDWIN, an individual; LAURY              ) |
| 10 | BALDWIN, an individual; BALDWIN AND  )<br>BALDIWN, a California professional           ) |
| 11 | corporation; LARRY CORRIGAN, an          ) |
| 12 | individual; WILLIAM HARGRAEVES, an    )<br>individual; HARGRAEVES & TAYLOR, PC, ) |
| 13 | a California Professional Corporation; TERRY ) |
| 14 | CHUCAS, an individual; MERIDITH LEVIN, )<br>an individual; ALLEN SLATTERY, INC., a    ) |
| 15 | California Corporation, a Corporation; JANIS  )<br>STOCKS, an individual; STOCKS &             ) |
| 16 | COLBURN, a California professional           ) |
| 17 | corporation; DR. STEPHEN DOYNE, an       )<br>individual; DR. STEPHEN DOYNE, INC., a  ) |
| 18 | professional corporation; SUSAN GRIFFIN,  )<br>an individual; DR. LORI LOVE, an individual; ) |
| 19 | LOVE AND ALVAREZ PSYCHOLOGY,         ) |
| 20 | INC., a California corporation; ROBERT A.  )<br>SIMON, PH.D, an individual; AMERICAN     ) |
| 21 | COLLEGE OF FORENSIC EXAMINERS        )<br>INSTITUTE, a business entity of unknown   ) |
| 22 | form; ROBERT O'BLOCK, an individual;    ) |
| 23 | LORI CLARK VIVIANO, an individual;       )<br>LAW OFFICES OF LORI CLARK                  ) |
| 24 | VIVIANO, a business entity of unknown form; )<br>SHARON BLANCHET, an individual;           ) |
| 25 | ASHWORTH, BLANCHET, KRISTENSEN,  ) |
| 26 | & KALEMENKARIAN, a California            )<br>Professional Corporation; MARILYN           ) |
| 27 | BIERER, an individual; BIERER AND          )<br>ASSOCIATES, a California Professional       ) |
| 28 | Corporation; JEFFREY FRITZ, an individual;  ) |

| | |
|---|---|
| BASIE AND FRITZ, a professional corporation, and DOE Defendants herein enumerated, | ) ) ) ) |
| Defendants. | ) ) ) |

Mr. Eric W. Ching, Esq. ("Mr Ching"), attorney of record for Plaintiff California Coalition for Families and Children ("CCFC") hereby files this Request to File Documents Under Seal.

Mr. Ching hereby requests this Court for an Order authorizing Mr. Ching to file under seal a Motion to Withdraw as Counsel, and respectfully represents:

1. Mr. Ching seeks to file Motion to Withdraw as Counsel ("Motion") because the Motion contains sensitive information related to representation of CCFC and counsel of record, Mr. Ching.

2. Mr. Ching requests that the Motion be permanently accessible only to the Court or if deems appropriate redact sensitive portions of the Motion.

WHEREFORE, after notice and a hearing if necessary and appropriate, Mr. Ching respectfully requests that the Court enter an Order permitting it to file the above-described documents under seal.

Dated: March 17th, 2014

By: ___/s/ Eric W. Ching_____
    ERIC W. CHING, ESQ.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the court's CM-ECF system per Federal Rule of Civil Procedure 5(b)(2)(E). Any other counsel of record will be served by facsimile transmission and/or first class mail this 17th day of March, 2014.

By: __/s/ Eric W. Ching_____
ERIC W. CHING, ESQ.