Colbern C. Stuart III
E-Mail: Cole.Stuart@Lexevia.com
4891 Pacific Highway Ste. 102
San Diego, CA 92110
Telephone: 858-504-0171
Facsimile: 619-231-9143
In Pro Se

Dean Browning Webb (pro hac vice)
Email: RICOman1968@aol.com
Law Offices of Dean Browning Webb
515 E 39th St.
Vancouver, WA 98663-2240
Telephone: 503-629-2176

Eric W. Ching, Esq. SBN 292357
5252 Balboa Arms Dr. Unit 132
San Diego, CA 92117
Phone: 510-449-1091
Facsimile: 619-231-9143

Attorneys for Plaintiff California Coalition for Families and Children, PBC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COALITION FOR FAMILIES AND CHILDREN, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SAN DIEGO COUNTY BAR ASSOCIATION, et al.,<br><br>　　　　　　　　Defendants | Case No. 3:13-cv-1944-CAB (BLM)<br>Judge: Hon. Cathy Ann Bencivengo<br><br>MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>Date: None Set<br>Time: None Set<br>Courtroom: 4C/Suite 1110<br><br>Complaint Filed: August 20, 2013 |

　　　　Plaintiff California Coalition for Families and Children, PBC, (California Coalition) hereby files this Motion to File Documents Under Seal.

　　　　California Coalition for Families and Children, PBC hereby requests this Court for an Order authorizing California Coalition to file under seal a **SUPPLEMENTAL**

1

Opposition to Counsel for California Coalition's Motion to Withdraw as Counsel ("Opposition") and Declaration In Support of Opposition to Motion to Withdraw as Counsel ("Declaration"), and respectfully represents:

1. California Coalition has previously filed the Opposition and Declaration under seal on March 5, 2014.

2. By Order dated March 14, Magistrate Major authorized California Coalition to file this **SUPPLEMENTAL** Opposition by today's date.

3. The **SUPPLEMENTAL** Opposition contains sensitive information related to representation of California Coalition and its counsel of record, Eric Ching.

4. California Coalition requests that the **SUPPLEMENTAL** Opposition be permanently accessible only to the Court or if deemed appropriate redact sensitive portions of the Opposition and Declaration.

WHEREFORE, after notice and a hearing if necessary and appropriate, California Coalition respectfully requests that the Court enter an Order permitting it to file the above-described documents under seal.

DATED: March 25, 2014           By: /s/  Dean Browning Webb

                                            Dean Browning Webb, Esq.
                                            Attorney for Plaintiff California Coalition for Families and Children, PBC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the court's CM-ECF system per Federal Rule of Civil Procedure 5(b )(2)(E). Any other counsel of record will be served by facsimile transmission and/or first class mail this 25th day of March, 2014.

By: /s/ *Colbern C. Stuart III*

Colbern C. Stuart, III, President,
California Coalition for Families and Children, PBC
in Pro Se