# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COALITION FOR FAMILIES AND CHILDREN and COLBERN C. STUART,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN DIEGO COUNTY BAR ASSOCIATION, et al.,<br><br>Defendants. | CASE NO. 13-cv-1944-CAB (BLM)<br><br>ORDER DENYING PLAINTIFFS' MOTION TO TAKE EARLY DISCOVERY<br><br>[Doc. No. 164] |

Plaintiffs move for leave to take the deposition of Stephen D. Lucas, counsel for defendant San Diego County Bar Association. [Doc. No. 164.] Plaintiffs argue that good cause supports the requested relief because, they contend, Mr. Lucas made improper representations in the memorandum in support of defendants' omnibus motion to dismiss and in his declaration. [*Id.* at 3.]

No cause exists for the requested relief. If any party has submitted material inappropriate at this stage for consideration, the court will not consider it. Plaintiffs' motion [Doc. No. 164] is denied.

**IT IS SO ORDERED.**

DATED: May 21, 2014

_____
**CATHY ANN BENCIVENGO**
United States District Judge